IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALAN G.,                                           No. 1:18-CV-00470-SB

          Plaintiff,                            ORDER

     v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

          Defendant.

HERNÁNDEZ, District Judge:

       Magistrate Judge Beckerman issued a Findings and Recommendation [12] on March 8, 2019, in which she recommends that this Court reverse the Commissioner's decision and remand this case for an immediate award of benefits. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

       Defendant filed timely objections to the Magistrate Judge's Findings & Recommendation. Def. Obj., ECF 14. When any party objects to any portion of the Magistrate

1 - ORDER

Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Defendant's objections and concludes there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [12]. Accordingly, the decision of the Commissioner is REVERSED and this case is REMANDED for an immediate award of benefits.

IT IS SO ORDERED.

DATED this 7 day of August, 2019.

_____
MARCO A. HERNÁNDEZ
United States District Judge